EXHIBIT 1 – SCHEDULING ORDER DEADLINES

The following actions shall be completed by the date indicated.[1]

| | |
|---|---|
| October 29, 2026 | Deadline for Motions to Transfer |
| December 3, 2026 | Deadline to Add Parties without leave of court |
| ________________ | Mediation Deadline – The parties remain open to mediate if informal discussions do not resolve the case; however, a final determination has not been made as to whether the parties plan to mediate. The parties will nevertheless, consider early mediation to avoid undue expense. |
| January 14, 2027 | Deadline for plaintiff to file amended pleadings. |
| January 28, 2027 | Deadline for defendant to file amended pleadings. |
| March 25, 2027 | Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof. |
| April 22, 2027 | Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof. |
| 7 weeks after disclosure of an expert is made | Deadline to object to any other party's expert witnesses. |

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in Federal Civil Procedure 6, the effective date is the first federal court business day following the deadline imposed.

| | |
|---|---|
| June 3, 2027 | Discovery Completion Deadline |
| July 5, 2027 | Motion to Compel / Dispositive Motion Deadline |
| November 29, 2027 | Notice of Intent to offer Certified Records |
| December 6, 2027 | Consultation regarding Joint Final Pretrial Order, Proposed Jury Instructions, and Verdict Form. Deposition extracts due. |
| January 3, 2028 | Video deposition designations due. |
| January 10, 2028 | Motions in Limine due. Joint Pretrial Order due. |
| January 17, 2028 | File Unresolved objections to oral and video deposition extracts. Responses to Motions in Limine due. File proposed Jury Instructions / Verdict Form |
| January 31, 2028 | Final pre-trial conference |
| February 7, 2028 | Jury Selection and Trial |